UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREM OLI,

               Petitioner,

    v.

PAMELA BONDI ET AL.,

               Respondents.

CASE NO. 2:26-cv-00383-JHC

ORDER

This matter comes before the Court on Petitioner's Motion for Leave to Proceed In Forma Pauperis (Dkt. # 1) and Petitioner's Motion to Appoint Counsel (Dkt. # 3).  The Court has considered the motions, the record, and the governing law and ORDERS:

    (1) Petitioner's application to proceed IFP (Dkt. # 1) is GRANTED.

    (2) Petitioner's Motion to Appoint Counsel (Dkt. # 3) is GRANTED.  Assistant Federal Public Defender Andrew Kennedy is hereby appointed to represent Petitioner.

DATED this 5th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 1