UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREM OLI,

                         Petitioner,

            v.

PAMELA BONDI, *et al.*,

                         Respondents.

Case No. 2:26-cv-00383-JHC

ORDER GRANTING FEDERAL
RESPONDENTS' REQUEST FOR AN
ENLARGED BRIEFING SCHEDULE

Having considered parties' Joint Expedited Motion for Briefing Schedule, Dkt. # 9, the Court GRANTS the motion. Accordingly, the Court ORDERS as follows:

1. Respondents will file a return to Petitioners' habeas petition no later than February 26, 2026;

2. Petitioners may file a traverse no later than March 3, 2026;

3. The Court DIRECTS the Clerk to note this matter for March 3, 2026.

DATED this 18th day of February, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER GRANTING FEDERAL RESPONDENTS' REQUEST FOR AN
ENLARGED BRIEFING SCHEDULE
[Case No. 2:26-cv-00383-JHC] - 1