UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREM OLI, | No. CV26-383-JHC |
| Petitioner, | |
| vs. | ORDER TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) |
| PAMELA BONDI, Attorney General of the United States, et al., | |
| Respondents. | |

THE COURT has considered the stipulated motion to dismiss Petitioner Prem Oli's habeas petition under Federal Rule of Civil Procedure 41(a)(l)(A)(ii). Dkt. # 11.

IT IS ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

DATED this 24th day of February 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS PETITION FOR WRIT OF
HABEAS CORPUS
(*Oli v. Bondi, et al.*, No. CV26-383-JHC) - 1